UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 10-02007 DMG (SHx)** | Date | January 19, 2011 |
|---|---|---|---|

| Title | ***Deutsche Bank National Trust Company v. Imber Ramirez Martinez, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On September 27, 2010, Plaintiff Deutsche Bank National Trust Company ("Deutsche Bank") filed a verified complaint in Riverside County Superior Court against Defendant Imber Ramirez Martinez and Doe defendants 1 through 5 for unlawful detainer. Deutsche Bank seeks possession of real property and restitution for Plaintiff's use and occupancy of the property in the amount of $30 per day starting on September 15, 2010. (Compl. at 2-3.) Deutsche Bank demands less than $10,000 in damages. (*Id*. at 1.)

Defendant removed the case to this Court on December 29, 2010, on the basis of federal question and diversity jurisdiction. The complaint, however, raises no federal question. Although Defendant invokes federal statutes as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). In addition, the amount in controversy appears well below the jurisdictional threshold.

Moreover, it appears that Defendant's Notice of Removal is untimely. A defendant must file notice of removal within 30 days after "receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). It appears that Plaintiff served Defendant by mail on October 4, 2010, which became effective on October 14, 2010. *See* Riverside County Superior Court, http://www.riverside.courts.ca.gov (case number INC10008717). Defendant did not file the Notice of Removal, however, until more than 30 days later.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 10-02007 DMG (SHx)** | Date | January 19, 2011 |
|---|---|---|---|
| Title | *Deutsche Bank National Trust Company v. Imber Ramirez Martinez, et al.* | Page | 2 of 2 |

    Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Riverside County Superior Court.  Defendant shall file his response by **January 26, 2011**.

**IT IS SO ORDERED.**