UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 10-02007 DMG (SHx)** | Date | February 7, 2011 |
|---|---|---|---|
| Title | ***Deutsche Bank National Trust Company v. Imber Ramirez Martinez, et al.*** | Page | 1 of 1 |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT**

On September 27, 2010, Plaintiff Deutsche Bank National Trust Company ("Deutsche Bank") filed a verified complaint in Riverside County Superior Court against Defendant Imber Ramirez Martinez and Doe defendants 1 through 5 for unlawful detainer. Deutsche Bank seeks possession of real property and restitution for Plaintiff's use and occupancy of the property in the amount of $30 per day starting on September 15, 2010. (Compl. at 2-3.) Deutsche Bank demands less than $10,000 in damages. (*Id*. at 1.)

Defendant removed the case to this Court on December 29, 2010, on the basis of federal question and diversity jurisdiction. The complaint, however, raises no federal question. Although Defendant invokes federal statutes as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). In addition, the amount in controversy appears well below the jurisdictional threshold.

On January 19, 2011, the Court ordered Defendant to show cause (the "OSC") by no later than January 26, 2011 why this action should not be remanded to state court. As of the date of this Order, Defendant has not filed a response to the OSC.

In light of the foregoing, this action is hereby **REMANDED** to Riverside County Superior Court.

**IT IS SO ORDERED.**